ACCEPTED
03-15-00474-CV
7393174
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 2:05:51 PM
JEFFREY D. KYLE
CLERK

## No. 03-07-123456-CV

In The Court Of Appeals

For The Third Court Of Appeals District

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 2:05:51 PM
JEFFREY D. KYLE
Clerk

MATTHEWS, ERMA J.

Appellant,

v.

JEROME SOLOMON c/o EPOCH FILMS INC., MINDY GOLDBERG AND OTHERS

Appellee.

ON APPEAL FROM THE 423rd DISTRICT COURT, BASTROP COUNTY, TEXAS

TRIAL COURT CAUSE NO. 423-3470

APPELLANT'S FIRST MOTION

TO EXTEND TIME TO FILE APPELLANT'S BRIEF

ERMA J. MATTHEWS
25491 BERESFORD DRIVE
SOUTH RIDING, VIRGINIA 20152
Telephone: (571) 933-8413
FAX: SAME

APPELLENT

Identity of Parties and Counsel

**Appellant/Plaintiff:**
**Appellate Pro Se:**

**Plaintiff/Appellant's**

Erma J. Matthews
25491 Beresford Drive

South Riding, Virginia 20152

(571) 933-8413

**Appellee/Defendant:**
**Appellate Counsel:**

**Defendant/Appellee's**

Noah Galton, Jackson Walker LLP
100 Congress Avenue, Ste. 1100
Austin, Texas 78701

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, ERMA J. MATTHEWS, files First Motion to Extend Time to File

Appellant's Brief.

Erma J. Matthews's opening brief is currently due on October 21, 2015.

Appellant, Erma J. Matthews requests a 30-day extension of time to file its brief, making the

Brief due on November 21, 2015. This is the first request for extension of time to file the opening

Brief.

Erma J. Matthews relies on the following reasons, for the need for the requested extension:

► Appellants health issues affect her ability on multiple levels; whereas she remains positive to not allowing her disabilities to affect her life, it is sometimes unavoidable. Being that I am disabled I have to set aside (both planned and unplanned) a considerable amount of time to deal with ongoing health concerns.

‣ Also Appellants cerebrum stroke she suffered is a major part in the delay of her brief being in on the required time limit.

‣ Lastly but not least being that Appellant is Pro Se and has no prior knowledge of the Appellate process is finding her way, the amount of the records is taking more time for Appellant to decipher through, is waiting to hear back from the Clerk's office on a couple of concerns and is still researching various cases.

Appellant, Erma J. Matthews therefor seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has attempted to conferred with Noah Galton, counsel for the Defendant/Appellee, to determine their position on the substance of the motion but has not received a response back before the completion of my motion.

All facts recited in this motion are within the personal knowledge of the Appellant Pro Se, signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this First Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the

Appellant's Brief up to and including November 21, 2015. Appellant, requests all other relief to which it may be entitled.

Respectfully submitted,

Erma J. Matthews

_____

Erma J. Matthews

Erma J. Matthews

25491 Beresford Drive
South Riding, Virginia 20152
Telephone: (571) 933-8413

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(5), I certify that the undersigned have made reasonable attempts to confer with the other parties to determine their position on the substance of the motion with opposing counsel but have not received a reply.

*Erma J. Matthews*

_____

Erma J. Matthews


## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on <u>October</u> <u>13th</u>, 2015, a copy of this motion was efiled, to the 3rd Court of Appeals and Attorney for Defendant's Mr. Noah Galton.

*Erma J. Matthews*

_____

Erma J. Matthews